# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

EDDIE B. SMITH                                                                                          PLAINTIFF

v.                                    Case No. 1:10CV00014 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration                                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 3rd day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE